Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALL FOR KIDZ, INC., <br><br> Plaintiff, <br><br> v. <br><br> AROUND THE WORLD YO YO ENTERTAINMENT COMPANY, et al., <br><br> Defendants. | No. C13-2001 RAJ <br><br> ORDER OF DISMISSAL |

Defendants have notified the court that they have resolved their claims with Plaintiff. Plaintiff has not informed the court otherwise. The court accordingly dismisses this case with prejudice and without costs or fees to any party.

DATED this 22nd day of May, 2015.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL – 1